THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISRAEL BRINKMAN, Appellant,

v. ROBERT BARR, as Warden of the City Prison of the City of New York, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.